3

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**FILED**

OCT 8 - 2004

CLE... ...ICE
U. S. D... ... COURT
EASTERN MICHIGAN

**UNITED STATES OF AMERICA, ex rel.**
**FAYIZ M. HADID, and FAYIZ M. HADID,**

     Plaintiffs,

Case No. 5:04CV60146
Hon.   Marianne O. Battani

-vs-

**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation,
**READINESS MANAGEMENT SUPPORT, LLC,**
a wholly owned subsidiary of
Johnson Controls, Inc., Jointly and Severally,

     Defendants.

_____/

| | |
|---|---|
| **RAYMOND GUZALL III (P60980)** | **JOHN F. BIRMINGHAM, JR. (P47150)** |
| Seifman & Associates | Foley & Lardner LLP |
| Attorney for Plaintiff | Attorneys for Defendants |
| 30665 Northwestern Highway, #255 | 150 W. Jefferson, #1000 |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| (248) 538-0711 | (313) 963-6200 |

_____/

## STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FALSE CLAIM CAUSE OF ACTION WITHOUT PREJUDICE

At a session of said Court
In the Federal Eastern District held
in the County of Washtenaw, State of Michigan, on

Date: OCT 8 - 2004

Hour of Issuance: 12 : 15 p. m

PRESENT: HON. MARIANNE O. BATTANI
U.S. DISTRICT COURT JUDGE

Upon stipulation of the parties, and the Court being otherwise fully advised in the

1

premises:

IT IS HEREBY ORDERED THAT Plaintiff's false claim cause of action in the

above captioned lawsuit is hereby dismissed without prejudice and without cost.

U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

Foley & Lardner LLP

John F. Birmingham (Signed with consent)

John F. Birmingham, Jr.
150 West Jefferson, Suite 1000
Detroit, MI 48226-4443
(313) 963-6200

Seifman & Associates, P.C.

Raymond Guzall III
Attorney for Plaintiff
30665 Northwestern Highway #255
Farmington Hills, MI 48334
(248) 538-0711

2

premises:

IT IS HEREBY ORDERED THAT Plaintiff's false claim cause of action in the above captioned lawsuit is hereby dismissed without prejudice and without cost.

_____
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

Foley & Lardner LLP

_____
John F. Birmingham, Jr.
150 West Jefferson, Suite 1000
Detroit, MI 48226-4443
(313) 963-6200

Seifman & Associates, P.C.

_____
Raymond Guzall III
Attorney for Plaintiff
30665 Northwestern Highway #255
Farmington Hills, MI 48334
(248) 538-0711

2